# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0769. DONTA Q. JOHNSON v. THE STATE.**

Following his conviction for rape and other offenses, Donta Q. Johnson filed a motion for new trial. On August 14, 2017, the trial court entered an order denying the motion for new trial. The trial court noted a sentencing error, however, and determined that the "matter should come before this Court for re-sentencing as soon as possible." Johnson appeals this ruling. We, however, lack jurisdiction.

As a general rule, a right of direct appeal lies from a final judgment; that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). The trial court's order shows that Johnson is to be re-sentenced.  Accordingly, that order is not a final judgment within the meaning of OCGA § 5- 6-34 (a) (1). See *Keller v. State*, 275 Ga. 680, 680 (571 SE2d 806) (2002) (case remains pending in the trial court until the trial court enters a written sentence on all counts). Johnson was thus required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court, to obtain appellate review at this time. His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, 12/07/2017*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*